| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Knights Hourglass, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  d/b/a Double Decker Warehouse** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2822549** |
| 4. | **Debtor's address** | **Principal place of business**<br>**1230 Hillcrest Street, Suite 101**<br>**Orlando, FL 32803**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**N/A**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Knights Hourglass, LLC**                                                    Case number (*if known*) _____
         <sub>Name</sub>

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Knights Hourglass, LLC** _____  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Knights Hourglass, LLC**     Case number (*if known*)
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Knights Hourglass, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 11, 2024**
MM / DD / YYYY

X **/s/ Adam C. Barnes**                                **Adam C. Barnes**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Daniel A. Velasquez**                           Date **December 11, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**       Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Knights Hourglass, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AFCO Direct**<br>1122 Franklin Avenue, Suite 200<br>Garden City, NY 11530 | | **Vehicle Insurance** | | | | $5,914.17 |
| **Charter Communications**<br>2700 Cumberland Parkway<br>Suite 200<br>Atlanta, GA 30339 | | | | | | $972.86 |
| **CT Corporation as Representative**<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203 | | | | Unknown | $0.00 | Unknown |
| **Fuji/Fiji Lending**<br>1950 Swarthmore Avenue<br>Unit 2<br>Lakewood, NJ 08701 | | | | | | $19,045.96 |
| **SBA**<br>5955 Carnegie Blvd<br>Suite 200<br>Charlotte, NC 28209 | | | | $457,000.00 | $0.00 | $457,000.00 |
| **Small Business Admininstration**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | | | $74,444.36 | $0.00 | $74,444.36 |
| **Sunbelt Rentals Inc.**<br>6647 N Orange Blossom Trail<br>Orlando, FL 32810 | | **Business Debt-Floor supply equipment rental** | | | | $1,551.94 |

Debtor **Knights Hourglass, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunbelt Rentals Inc.**<br>**6647 N Orange Blossom Trail**<br>**Orlando, FL 32810** | | **Business Debt-Floor supply equipment rental** | | | | $80.34 |
| **Technology Insurance Company**<br>**800 Superior Avenue East**<br>**21st Floor**<br>**Cleveland, OH 44114** | | | | | | $5,460.00 |
| **Thomas R. Otto**<br>**249 SE 2nd Avenue**<br>**Pompano Beach, FL 33060** | | **Business debt-Seller Financing** | | | | $75,000.00 |
| **United Rentals**<br>**11403 Rocket Blvd.**<br>**Orlando, FL 32824** | | | | | | $10,299.02 |
| **United Surface Preperation**<br>**990 Lund Blvd.**<br>**Anoka, MN 55303** | | | | | | $2,933.85 |
| **Wholesale Pallet Rack Products**<br>**8630 Monticello Lane North**<br>**Maple Grove, MN 55369** | | **Business debt-Materials** | | | | $19,057.50 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Knights Hourglass, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 11, 2024**

Signature **/s/ Adam C. Barnes**
**Adam C. Barnes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re: **Knights Hourglass, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 11, 2024**

**/s/ Adam C. Barnes**
**Adam C. Barnes**/**Managing Member**
Signer/Title

Knights Hourglass, LLC - - Pg. 1 of 1

Knights Hourglass, LLC
1230 Hillcrest Street, Suite 101
Orlando, FL 32803

CT Corporation System
as Representative
330 N. Brand Blvd.
Suite 700, Attn: SPRS
Glendale, CA 91203

Sunbelt Rentals Inc.
6647 N Orange Blossom Trail
Orlando, FL 32810

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Dogwood State Bank
10130 Mallard Creek Road
Bldg 2, Suite 232
Charlotte, NC 28262

Sweet and Flowers 2 U LLC
4160 Southside Blvd
Jacksonville, FL 32216

A&M Metals, LLC
4160 Southside Blvd
Jacksonville, FL 32216

Dogwood State Bank
449 Highway 123 Bypass
Seneca, SC 29678

Technology Insurance Company
800 Superior Avenue East
21st Floor
Cleveland, OH 44114

AFCO Direct
1122 Franklin Avenue, Suite 200
Garden City, NY 11530

Double Decker Warehouse Srvc Inc
249 SE 2nd Avenue
Pompano Beach, FL 33060

Thomas R. Otto
249 SE 2nd Avenue
Pompano Beach, FL 33060

Carman Law Firm, PA
5301 N Federal Highway
Suite 160
Boca Raton, FL 33487

Edible Arrangements 190
618 E South Street, Ste 500
Orlando, FL 32801

United Rentals
11403 Rocket Blvd.
Orlando, FL 32824

Charter Communications
2700 Cumberland Parkway
Suite 200
Atlanta, GA 30339

Fuji/Fiji Lending
1950 Swarthmore Avenue
Unit 2
Lakewood, NJ 08701

United Rentals Inc. North America
PO Box 100711
Atlanta, GA 30384-0711

CHTD Company
PO Box 2576
Springfield, IL 62708

LCF Group, Inc
3000 Marcus Avenue
Suite 2W15
Lake Success, NY 11042

United Surface Preperation
990 Lund Blvd.
Anoka, MN 55303

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703

SBA
5955 Carnegie Blvd
Suite 200
Charlotte, NC 28209

Wholesale Pallet Rack Products
8630 Monticello Lane North
Maple Grove, MN 55369

CT Corporation as Representative
330 N Brand Blvd., Ste. 700
Glendale, CA 91203

Small Business Admininstration
2 North Street, Suite 320
Birmingham, AL 35203

Winderweedle
c/o Eric F. Werrenrath
329 N Park Avenue, 2nd Floor
Winter Park, FL 32789

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Knights Hourglass, LLC**                                                Case No.
                                    Debtor(s)                                     Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $    **29,738.00**
   Prior to the filing of this statement I have received          $    **29,738.00**
   Balance Due                                                    $        **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 11, 2024**                          **/s/ Daniel A. Velasquez**
*Date*                                         **Daniel A. Velasquez 0098158**
                                               *Signature of Attorney*
                                               **Latham Luna Eden & Beaudine LLP**
                                               **201 S. Orange Avenue**
                                               **Suite 1400**
                                               **Orlando, FL 32801**
                                               **(407) 481-5800  Fax: (407) 481-5801**
                                               **dvelasquez@lathamluna.com**
                                               *Name of law firm*